PROB 35
(Rev. 6/17)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN 23 PM 3:53
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Michael Anthony Davis
aka "Mike"

Crim. No. 4:08CR00315-11

On November 10, 2016, Michael Anthony Davis, aka "Mike," was placed on supervised release for a period of five years. Davis has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Erica Campbell
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 23RD day of JANUARY, 2020.

William T. Moore, Jr.
Judge, U.S. District Court